# UNITED STATES DISTRICT COURT

for the

District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JAN 17 PM 3:55

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two-Unit Apartment Building at 96 Gibson Avenue,<br>Rutland Vermont | ) <br> ) <br> ) Case No. 2:19-mj-5<br> ) <br> ) <br> ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ___Vermont___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Atttachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841(a), 846), 856 | conspiracy to distribute heroin and fentanyl, distribution of controlled substances, maintaining drug involved premises |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jeffrey Stephenson, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___01/17/2019___

City and state: Rutland, VT

_____
*Judge's signature*

Chief Judge Geoffrey W. Crawford
*Printed name and title*