UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cr-15 |
| | ) | |
| LOUIS MARGIOTTI, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER RE:**
**UNOPPOSED MOTION TO EXTEND MOTIONS' DEADLINE**

On or about July 2, 2019, counsel for Louis Margiotti Jr. filed an Unopposed Motion to Extend the Motions' Deadline for forty-five (45) days.

Pursuant to 18 U.S.C. Section 3161(h)(7)(A), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the Defendant and the public in a speedy trial.

Accordingly, the Defendant's motion is granted. All motions are now due by August 16, 2019. It is further Ordered that the period of delay resulting from the extension of time shall be excludable in computing the time in which the trial in this cause must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded, as outlined above, shall commence on July 2, 2019, and shall continue through August 16, 2019.

IT IS SO ORDERED.

Dated at Rutland, in the District of Vermont, this 2nd day of July, 2019.

Geoffrey W. Crawford, Chief Judge
United States District Court