UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2020 FEB 11  AM 10: 12
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 5:15-cr-15 |
| LOUIS MARGIOTTI, JR., | ) |
| Defendant. | ) |

**ORDER RE: UNOPPOSED MOTION TO CONTINUE
PRE-TRIAL CONFERENCE OR CHANGE OF PLEA HEARING**

On or about February 7, 2020, counsel for Louis Margiotti Jr. filed an Unopposed Motion to Continue Pre-Trial Conference or Change of Plea Hearing for sixty (60) days.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice are best served by granting a continuance and outweigh the best interests of the Defendant and the public in a speedy trial.

Accordingly, the Defendant's motion is granted and the hearing scheduled for February 12, 2020 shall now be continued until April 13, 2020. It is further Ordered that the period of delay resulting from the continuance of time shall be excludable in computing the time in which the trial in this cause must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.

IT IS SO ORDERED

Dated at Rutland, in the District of Vermont, this 11th day of February, 2020.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court